NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**ARRIS GROUP, INC.,**
*Plaintiff-Appellant,*

v.

**BRITISH TELECOMMUNICATIONS PLC,**
*Defendant-Appellee.*

---

2010-1292

---

Appeal from the United States District Court for the Northern District of Georgia in case no. 09-CV-0671, Judge Charles A. Pannell, Jr.

---

**ON MOTION**

---

**ORDER**

ARRIS Group, Inc. moves to substitute John M. Di-Matteo, Eugene L. Chang, and Marc E. Montgomery as counsel and to withdraw Arianna Frankl, Seth H. Ostrow, and Matthew Kaufman as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 15 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Seth H. Ostrow, Esq.
John M. DiMatteo, Esq.
James H. Shalek, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 15 2010

JAN HORBALY
CLERK